# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| DAVID ALDRICH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WVLT-TV, INC. d/b/a WVLT/WBXX/EVLT, )<br>)<br>Defendant. ) | Case No. 3:19-cv-00326<br>(Removed from the Chancery Court<br>of Knox County, Tennessee,<br>Case No. 198645-2) |

## DEFENDANT'S MOTION FOR EXPEDITED HEARING REGARDING DEFENDANT'S MOTION TO DISSOLVE THE STATE COURT'S EX PARTE TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65(b)(4), Defendant WVLT-TV, Inc. ("WVLT") has moved the Court for entry of an Order dissolving the Ex Parte Temporary Restraining Order ("TRO") entered by the Knox County Chancery Court in this action on August 20, 2019. WVLT requests an expedited hearing before the Court to address its Motion to Dissolve the TRO, which expires by its own terms on September 4, 2019.

The TRO (D.E. 1-1) enjoins WVLT from "attempting to impose any of the terms of the Contract on Plaintiff as identified in Plaintiff's Complaint" and "taking any action which would impede, prohibit or prevent Plaintiff from taking on employment or work as an employee or independent contractor, including, but not limited to, work on local news stations in Knoxville or otherwise as a meteorologist." Essentially, WVLT is currently enjoined from preventing Plaintiff from violating the non-compete provisions in his Employment Contract. The TRO has the practical effect of providing Plaintiff a 15-day window to freely violate his Employment Agreement and work for a WVLT competitor on-air, which could cause WVLT irreparable harm

in viewership and viewers' goodwill. An expedited hearing would be the best avenue to consider this issue before such harm is incurred.

**WHEREFORE**, WVLT requests the Court set an expedited hearing, either in-person or telephonically, to consider WVLT's Motion to Dissolve the State Court's Ex Parte Temporary Restraining Order.

s/P. Maxwell Smith
Mark E. Stamelos (TN 021021)
Louis P. Britt (TN 005613)
P. Maxwell Smith (TN 026602)
FORDHARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com
lbritt@fordharrison.com
msmith@fordharrison.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via First Class Mail, postage prepaid, and email this 23rd day of August, 2019, upon:

Mario L. Azevedo II
Landry & Azevedo
5301 Kingston Pike
Knoxville, TN 37919
mario@lalawknoxville.com

*Counsel for Plaintiff*

s/P. Maxwell Smith