UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DAVID ALDRICH, | ) |
|     *Plaintiff*, | ) Case No. 3:19-cv-326 |
| v. | ) Judge Travis R. McDonough |
| WVLT-TV, INC. *doing business as* WVLT, WBXX, *and* EVLT, | ) Magistrate Judge H. Bruce Guyton |
|     *Defendant*. | ) |

## ORDER

Before the Court is Defendant's motion to dissolve the state court's *ex parte* temporary restraining order (Doc. 3) and motion for expedited hearing (Doc. 5). The Court **GRANTS** Defendant's motion for expedited hearing (Doc. 5) and hereby **ORDERS** the parties to appear for a hearing on Defendant's motion to dissolve the state court's *ex parte* temporary restraining order (Doc. 3) on **Thursday, August 29, 2019** at **1:00 p.m.** in Courtroom 1A, 900 Georgia Avenue, Chattanooga, Tennessee. During the hearing, the Court will entertain argument on Defendant's motion, and, if necessary, the parties may present additional evidence, including witness testimony.

    **SO ORDERED.**

                                                          /s/ *Travis R. McDonough*
                                                          **TRAVIS R. MCDONOUGH**
                                                          **UNITED STATES DISTRICT JUDGE**