# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| DAVID ALDRICH, | ) |
|     Plaintiff/Counterdefendant, | ) ) ) |
| v. | )    Case No. 3:19-cv-00326 |
| WVLT-TV, INC. d/b/a WVLT/WBXX/EVLT, | ) ) ) |
|     Defendant/Counterclaimant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff David Aldrich and Defendant WVLT-TV, Inc. submit this Joint Stipulation of Dismissal with Prejudice. Each party agrees to bear his or its own costs and expenses.

*s/P. Maxwell Smith*
Mark E. Stamelos (TN 021021)
Louis P. Britt (TN 005613)
P. Maxwell Smith (TN 026602)
FORDHARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com
lbritt@fordharrison.com
msmith@fordharrison.com

*Counsel for WVLT-TV, Inc.*

s/Mario L. Azevedo, II (w/ permission)
Mario L. Azevedo, II (TN 030845)
LANDRY & AZEVEDO
5301 Kingston Pike
Knoxville, Tennessee 37919
Telephone: (865) 851-7050
Facsimile: (865) 851-9524
mario@lalawknoxville.com

*Counsel for David Aldrich*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF System this 27th day of September, 2019, upon:

Mario L. Azevedo II
Landry & Azevedo
5301 Kingston Pike
Knoxville, TN 37919
mario@lalawknoxville.com

*Counsel for David Aldrich*

                                                        s/P. Maxwell Smith